IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

KATHY LYNN HOFFMAN, )
)
        Plaintiff(s) )
)
vs. ) No. CIV-05-241-P
)
INTERNATIONAL BANK OF COMMERCE, )
dba Local Oklahoma Bank, )
)
        Defendant(s) )

## ADMINISTRATIVE CLOSING ORDER

        The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

        **IT IS ORDERED** that the action as to all claims is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(2) subject to the conditions set forth herein. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary. **This Administrative Closing Order shall mature into a final judgment pursuant to Fed.R.Civ.P. 54 and Fed.R.Civ.P. 58, if the parties fail to submit final closing papers within fifteen (15) days from the date of this order.**

        **IT IS FURTHER ORDERED** that the clerk serve copies of this judgment by United States mail upon the attorneys for the parties appearing in this action.

        Dated this 6th day of ~~February~~ March, 2006.

                                                  JAMES H. PAYNE
                                                  UNITED STATES DISTRICT JUDGE